IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HRIPSIME KHACHTRYAN, TIGRAN SARKISYAN<br><br>Defendant. | Case No. 15-cr-00234-CRB<br><br>**RESTITUTION ORDER** |

At a hearing on restitution on August 7, 2019, this Court provided a tentative ruling as to restitution. Minute Entry (Dkt. 1328). It stated that it intended to impose restitution in the amount of $261,277.62, to be paid by Defendants Hripsime Khachtryan and Tigran Sarkisyan jointly and severally. Id. However, as defense counsel had been unable to attend that hearing, the Court declined to enter a final order at that time, instead permitting defense counsel to file additional briefing to that tentative ruling within ten days. Id.

Following that hearing, neither Khachtryan nor Sarkisyan filed such briefing; however, the Government filed a Post-Hearing Restitution Memorandum, in which it urged this Court to reconsider that tentative ruling and impose additional restitution "in the amount of $1,036,974.71 (for a total restitution order of $1,341,792.94)." U.S. Post-Hearing Restitution Mem. (Dkt. 1337). It urges that "[f]ailure to order such restitution sends the message that criminal defendants can keep their ill-gotten gains after conviction." Id. at 2. The Court has already considered and, for the reasons stated on the record at the hearing on August 7, 2019, rejected that argument. See Minute Entry; U.S. Suppl. Restitution Mem. (Dkt. 1322).

The Government also urges that the plea agreement put Defendants on notice that "they would have to pay $261,277.62 <u>at a minimum</u> but should have expected to pay much more than that." U.S. Post-Hearing Restitution Mem. at 3 (emphasis in original). But, it urges, that minimum amount does not account for the "full amount of the loss to the government," and so restitution in the amount of $261,277.62 does not achieve "the sentencing goal of affording adequate deterrence to criminal deterrence will be undermined as it will send the message that illicit gains will remain safe in the pockets of criminals rather than given back to the victims of criminal offenses." U.S. Post-Hearing Restitution Mem. at 3. This argument, too, the Court has already considered in reaching its tentative ruling. <u>See</u> U.S. Restitution Mem. at 5-6 (Dkt. 1207); U.S. Suppl. Restitution Mem. at 2-4.

Thus, consistent with the tentative ruling given at the hearing on August 7, 2019, and for the reasons stated on the record at that hearing, the Court orders Defendants Hripsime Khachtryan and Tigran Sarkisyan to pay restitution in the amount of $261,277.62 jointly and severally, consistent with the terms of the Plea Agreement (Dkt. 859) and 18 U.S.C. § 3612. The Defendants shall notify the Court and the Attorney General for the United States of America of any material change in their economic circumstances that might affect their ability to pay restitution. <u>See</u> 18 U.S.C. § 3664(k).

**IT IS SO ORDERED.**

Dated: August 27, 2019

_____
CHARLES R. BREYER
United States District Judge